IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Howard, Kellye C | Case Number: 08 B 20335 |
| | Judge: Hollis, Pamela S |
| Printed: 01/06/09 | Filed: 8/4/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | FAA Credit Union | Secured | 33,180.00 | 0.00 |
| 2. | U.S. Department Of Education | Unsecured | 764.43 | 0.00 |
| 3. | FAA Credit Union | Unsecured | 170.82 | 0.00 |
| 4. | Northern Indiana Public Ser | Unsecured | 28.43 | 0.00 |
| 5. | Professional Diagnostic Inc | Unsecured | 339.00 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 90.00 | 0.00 |
| 7. | FAA Credit Union | Unsecured | 813.22 | 0.00 |
| 8. | Diversified Adjustment Service | Unsecured | | No Claim Filed |
| 9. | I C Systems Inc | Unsecured | | No Claim Filed |
| 10. | Target National Bank | Unsecured | | No Claim Filed |
| 11. | CB USA | Unsecured | | No Claim Filed |
| 12. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 13. | Collection Company Of America | Unsecured | | No Claim Filed |
| 14. | ER Solutions | Unsecured | | No Claim Filed |
| 15. | CB USA | Unsecured | | No Claim Filed |
| 16. | Superior Asset Management | Unsecured | | No Claim Filed |
| 17. | South Suburban Cardiology | Unsecured | | No Claim Filed |
| 18. | Medical Recovery Specialists | Unsecured | | No Claim Filed |
| 19. | All Kids And Family Care | Unsecured | | No Claim Filed |
| 20. | Well Group Health Partners | Unsecured | | No Claim Filed |
| 21. | Next Estate | Unsecured | | No Claim Filed |
| 22. | Sullivan Urgent Aid Centers | Unsecured | | No Claim Filed |
| 23. | University of Chicago | Unsecured | | No Claim Filed |
| 24. | CB Accounts | Unsecured | | No Claim Filed |
| 25. | SBC | Unsecured | | No Claim Filed |
| 26. | Pathology Assoc Of Chicago | Unsecured | | No Claim Filed |

Case 08-20335    Doc 25    Filed 01/06/09    Entered 01/06/09 10:31:13    Desc    Page 2 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
**IN RE:** Howard, Kellye C

Printed: 01/06/09

Case Number: 08 B 20335
Judge: Hollis, Pamela S
Filed: 8/4/08

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | University of Chicago | Unsecured | | No Claim Filed |
| 28. | Professional | Unsecured | | No Claim Filed |
| 29. | MCS | Unsecured | | No Claim Filed |
| 30. | RMS | Unsecured | | No Claim Filed |
| 31. | FAA Credit Union | Unsecured | | No Claim Filed |
| 32. | FAA Credit Union | Unsecured | | No Claim Filed |
| 33. | Shawn S Rabbani | Unsecured | | No Claim Filed |
| 34. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 35. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 36. | Charter Communications | Unsecured | | No Claim Filed |
| 37. | Comcast | Unsecured | | No Claim Filed |
| 38. | Accounts Receivable Management | Unsecured | | No Claim Filed |
| 39. | Allied Interstate | Unsecured | | No Claim Filed |
| 40. | Immediate Care Cebter | Unsecured | | No Claim Filed |
| 41. | Washington Mutual | Unsecured | | No Claim Filed |
| 42. | D & B Receivable Management | Unsecured | | No Claim Filed |
| 43. | Hoevel & Associates P C | Unsecured | | No Claim Filed |
| 44. | Immediate Care Cebter | Unsecured | | No Claim Filed |
| 45. | AT&T | Unsecured | | No Claim Filed |
| 46. | Medical Recovery Specialists | Unsecured | | No Claim Filed |
| 47. | Revenue Cycle Solutions | Unsecured | | No Claim Filed |
| 48. | Revenue Cycle Solutions | Unsecured | | No Claim Filed |
| 49. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 50. | Diversified Adjustment Service | Unsecured | | No Claim Filed |
| 51. | Calumet Dermatology Associates | Unsecured | | No Claim Filed |
| 52. | Downey Courthouse | Unsecured | | No Claim Filed |
| | | | $ 35,385.90 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

